**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:14CR377** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **IRVING OSWALDO SUASTEGUI-MEJIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The defendant's motion to continue the pretrial motion deadline (Filing No. 28) and motion to file a brief out of time (Filing No. 29) are granted. The defendant shall have to on or before **January 23, 2015** to file a brief in support of the Motion to Suppress (Filing No. 27). The government shall respond on or before **January 30, 2015**.

Defendant's Motion to Suppress (Filing No. 27) is scheduled for hearing before the undersigned magistrate judge at **9:00 a.m. on February 3, 2015**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
> (a) **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
> (b) **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge. Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

The jury trial scheduled on January 20, 2015 at 9:00 a.m. is canceled and will be rescheduled by further order of the court.

DATED this 14th day of January, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge